# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Kevin Alan Judge ,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                      3:10-cv-440

Herbert Jackson,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 8, 2010 Order.

Signed: October 8, 2010

Frank G. Johns, Clerk
United States District Court